1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CYNTHIA ALVARADO, an individual, | Case No.: 1:25-CV-00901-HBK |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO REMAND |
| vs. | |
| DOLLAR TREE STORES, INC. and DOES 1 to 50, inclusive, | ORDER MOOTING PLAINTIFF'S MOTIONS[1] |
| Defendants. | (Doc. Nos. 3, 4, 6) |

On July 23, 2025, Defendant removed this case from Kings County Superior Court to the United States District Court, Eastern District of California, based on diversity jurisdiction. (Doc. No. 1). On August 22, 2025, Plaintiff filed duplicative Motions to Remand. (Doc. Nos. 3, 4). On September 3, 2025, the Parties submitted a Stipulation to Remand. (Doc. No. 6).

The Court having reviewed the Parties Stipulation to Remand the above-captioned action and good cause appearing, hereby ORDERS as follows:

1. The Parties' Stipulation (Doc. No. 6) is APPROVED.
2. The United States District Court, Eastern District of California, Case No. 1:25-CV-00901-HBK captioned, *Cynthia Alvarado, an individual v. Dollar Tree*

---

[1] Both parties have consented to the jurisdiction of a magistrate judge in accordance with 28 U.S.C. §636(c)(1). (Doc. No. 9).

*Stores, Inc., Does 1 to 50*, is hereby REMANDED to the Superior Court of the State of California, County of Kings.

3. Plaintiff's Motions to Remand (Doc. Nos. 3, 4) are DISREGARDED as MOOT.
4. The Clerk of Court shall CLOSE this case.

Dated:   September 5, 2025

HELENA M. BARCH-KUCHTA

UNITED STATES MAGISTRATE JUDGE